UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN FRANCIS LECHNER,

        Plaintiff,        Case No. 2:17-cv-20

v.        Honorable Paul L. Maloney

COUNTY OF MARQUETTE et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).

Dated:   February 17, 2017        /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge